JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
ROSE E. GIBSON, Trial Attorney United States Department of Justice
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2017 SEP 13  P 4: 39

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | VIOLATION:<br>Count 1:  42 U.S.C. § 3631, |
| vs. | : | Interference with Housing. |
| MARK OLIC PORTER, | : | Case: 2:17-cr-00527<br>Assigned To : Benson, Dee |
| Defendant. | : | Assign. Date : 9/13/2017<br>Description: USA v. |

The Grand Jury charges:

COUNT 1
42 U.S.C. § 3631
(Interference with Housing)

On or about November 3, 2016, in the Central Division of the District of Utah,

MARK OLIC PORTER,

the defendant herein, did by force and threat of force, willfully injure, intimidate, and interfere with, and attempt to injure, intimidate, and interfere with, M.W., an African-American man, because of M.W.'s race and color and because M.W. was occupying a dwelling; specifically, the

defendant yelled "nigger," said get out of here to M.W. and M.W.'s seven-year-old son, and used a stun cane (a Zap Cane) to assault M.W., resulting in bodily injury to M.W. and involving the use of a dangerous weapon, a Zap Cane; all in violation of 42 U.S.C. § 3631.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
J. DREW YEATES
Assistant United States Attorney

_____
ROSE E. GIBSON
Trial Attorney
United States Department of Justice
Civil Rights Division